727 A.2d 112

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Neil Werner PRICE, Respondent.**

**No. 486 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of March, 1999, the request for oral argument is granted. The parties are directed to specifi-

cally address the issue of attorneys making baseless accusations and the appropriate discipline therefor.